O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE G., <br><br> Plaintiff <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-06632-CAS (GJS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court. The Court accepts the findings and recommendations set forth in the Report.

**IT IS HEREBY ORDERED** that (1) the decision of the Commissioner of Social Security denying benefits is reversed and the matter is remanded for further proceedings consistent with the Report and Recommendation; and (2) Judgment shall be entered accordingly.

DATE: July 6, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE