JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE G.,<br>　　　　Plaintiff<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:22-cv-06632-CAS (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"),

　　IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration denying benefits is **REVERSED** and this matter is **REMANDED** for further administrative proceedings.

DATED: July 6, 2023

　　　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE