UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| Josue Gonzalez, | ) | Case No.: 2:22-cv-06632-CAS-GJS |
| Plaintiff. | ) | |
| | ) | **ORDER** |
| vs. | ) | **AWARDING EAJA FEES** |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of eight thousand one hundred twenty-five dollars ($8125.00), plus $402.00 in costs and expenses, subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of eight thousand one hundred twenty-five dollars

($8125.00), plus $402.00 in costs and expenses, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Eddy Pierre Pierre.

Dated: October 6, 2023

_____
Honorable Christina A. Snyder
United States District Judge